

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| In the Matter of the Search of:<br><br>Dell Latitude E6410 Laptop, Service Tag DCX7RM (remaining characters unreadable) and Black SanDisk Thumb Drive, Serial Number BE0902NKIB | MJ 17-62-M-JCL<br><br>ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 27th day of March, 2018.

_____
Jeremiah C. Lynch
United States Magistrate Judge

1